# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TERRY LYNN HAYLES,** | : |
| Plaintiff, | : |
| | : |
| **v.** | : CIVIL ACTION 09-0659-KD-C |
| | : |
| **CLARKE COUNTY, AL,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 23, 2010 is **ADOPTED** as the opinion of this Court. It is hereby **ORDERED** that this action is **DISMISSED without prejudice.**

**DONE** and **ORDERED** this the **10th** day of **May 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**